**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-7836**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BARRY EARL WILLIAMS,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert G. Doumar, Senior District Judge. (3:00-cr-00177-RLW-1)

---

Submitted: January 19, 2010     Decided: January 28, 2010

---

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Barry Earl Williams, Appellant Pro Se. John Staige Davis, V, Assistant United States Attorney, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Earl Williams appeals the district court's order denying his motion to modify the eighteen-month sentence the district court imposed upon finding Williams had violated the terms of his supervised release. We have reviewed the record and the issues raised on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Williams, No. 3:00-cr-00177-RLW-1 (E.D. Va. filed Sept. 17; entered Sept. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED